IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>REAL PROPERTY AND PREMISES )<br>KNOWN AS 5985 FLY HOLLOW ROAD, )<br>SANTE FE, MAURY COUNTY, TENNESSEE )<br>WITH ALL APPURTENANCES AND )<br>IMPROVEMENTS THEREON, )<br>)<br>Defendant, )<br>)<br>BERNARD H. ELLIS, JR., )<br>)<br>Claimant. ) | NO. 1:03-0015<br>JUDGE HAYNES |

## **ORDER**

In accordance with the Memorandum filed herewith, the Plaintiff's motion for summary judgment (Docket Entry No. 24) is **DENIED**.

Given the length of the pendency of this action and the parties' proof, a jury trial is set for **Tuesday, March 7, 2006 at 9:00 in Columbia**.

It is so **ORDERED**.

**ENTERED** this the 13th day of February, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge